**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
YIRA R.,

                Plaintiff,                      25 **CIVIL** 1313 (GRJ)

      -against-                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Decision and Order dated October 13, 2025, Plaintiff's Motion for Judgment on the Pleadings is GRANTED, and this case is remanded for further administrative proceedings consistent with this Decision and Order; accordingly, this case is closed.

**Dated:** New York, New York

      October 14, 2025

                                              **TAMMI M. HELLWIG**
                                                **Clerk of Court**

                       **BY:**

                                                **Deputy Clerk**